IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JERRY MILLER, | CV 08-83-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| C.H. ROBINSON WORLDWIDE, INC., and C.H. ROBINSON COMPANY, INC., dba C.H. ROBINSON TRANSPORTATION COMPANY, INC., | |
| Defendants. | |

Pursuant to the parties' Stipulation for Dismissal filed on September 28, 2009 (dkt # 32),

IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE, and each party shall bear its own costs and attorney's fees;

IT IS FURTHER ORDERED that this case is CLOSED.

Dated this 30th day of September, 2009.

DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT